■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BREWER, Appellant. [654 NYS2d 596] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 21, 1993 *(People v Brewer,* 194 AD2d 733), which affirmed a judgment of the Supreme Court, Richmond County, rendered May 26, 1987, and an order of the same court, dated October 29, 1991, and dismissed an appeal from an order of the same court dated July 23, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CALVI, Appellant. [654 NYS2d 602] —Appeal by the defendant from a judgment of the County Court, Westchester County (Colabella, J.), rendered February 9, 1995, convicting him of bribe receiving in the second degree, bribe receiving in the third degree (four counts), criminal possession of a forged instrument in the second degree (five counts), grand larceny in the third degree, and receiving unlawful gratuities, after a nonjury trial, and imposing sentence. By decision and order of this Court dated February 26, 1996, the defendant was found to have voluntarily, knowingly, and intelligently waived his right to appeal as part of a cooperation agreement negotiated after his conviction *(People v Calvi,* 224 AD2d 205). By order dated December 18, 1996, the Court of Appeals, *inter alia,* remitted the matter to this Court for further proceedings *(People v Calvi,* 89 NY2d 868).

Ordered that the matter is remitted to the County Court, Westchester County, to hear and report on the issue of whether the defendant's waiver of his right to appeal was voluntary, knowing, and intelligent, and the appeal is held in abeyance in the interim. The County Court, Westchester County, is to file its report with all convenient speed. O'Brien, J. P., Copertino, Santucci and Krausman, JJ., concur.